

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** ANTHONY G. BROWN  **Defendant(s):** INHOFF CARTER, etc., et al.

**County of Residence:** WILL  **County of Residence:**

**Plaintiff's Address:**
Anthony G. Brown
A-72335
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

13 C 6866
Judge Milton I. Shadur
Magistrate Judge Sheila M. Finnegan

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** *A. E. Woodham*  **Date:** 09/23/2013

FILED
SEP 23 2013
9-23-13
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT