FILED
SEP 23 2013 aew
9-23-13
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

__ANTHONY G. Brown__,
Plaintiff

v.

_____,
Defendant(s)

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

13 C 6866
Judge Milton I. Shadur
Magistrate Judge Sheila M. Finnegan

**Instructions**: Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place an X in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

**Application**: I, __ANTHONY G. Brown__, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☒ Yes ☐ No
   (If "No," go to Question 2)
   I.D. #: __A-72335__ Name of prison or jail: __Stateville Corr. Ctr.__
   Do you receive any payment from the institution? ☒ Yes ☐ No
   Monthly amount: __approximately $8.00 per month state pay__

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "yes," state your:
      Monthly salary or wages: _____
      Name and address of employer: _____

   b. If the answer is "no," state your:
      Beginning and ending dates of last employment: __8/2002__
      Last monthly salary or wages: __$800.xx__
      Name and address of last employer: __Westwood Community Development 140 W. 81st Chgo, Il. 60620__

3. Are you married? ☐ Yes ☒ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No
   Spouse's *monthly* salary or wages: _____
   Name and address of spouse's employer: _____
   _____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark an X next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☐ Salary or ☐ wages ☐ Yes ☒ No
      Amount: _____ Received by: _____

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
      Amount: _____ Received by: _____

   c. ☐ Rental income, ☐ interest or ☐ dividends ☐ Yes ☒ No
      Amount: _____ Received by: _____

   d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support
      ☐ Yes ☒ No
      Amount: _____ Received by: _____

   e. ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
      Amount: _____ Received by: _____

   f. ☐ Unemployment, ☐ welfare or ☐ any other public assistance
      ☐ Yes ☒ No
      Amount: _____ Received by: _____

   g. ☐ Any other sources (describe source: _____ ) ☐ Yes ☒ No
      Amount: _____ Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No
   Total amount: _____
   In whose name held: _____ Relationship to you: _____

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
   Property: _____ Current value: _____
   In whose name held: _____ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐ Yes ☒ No
Type of property and address: _____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000? ☐ Yes ☒ No
Year, make and model: _____
Current value: _____ Equity: _____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: _____ Relationship to you: _____
Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐ Yes ☒ No
Property: _____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: _____ Relationship to you: _____
Name of person making payments: _____

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☐ None.
_____
_____

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☐ None.
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of property is untrue.

*Anthony D. Brown*
Signature of Application

Date 8-23-13

Anthony Brown

---

.NOTICE TO PRISONERS: <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts</u>. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account- prepared by <u>each institution</u> where you have been in custody during that six- month period---and you must also have the Certificate below completed by an authorized officer at each institution

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I Certify that the applicant named herein **Brown, Anthony** I.D **A72335** the sum of **21.81** On account to his/her credit at ( name of institution) **STATEVILLE CC**

I further certify that the applicant has the following securities to his/her credit **-0-**. I further certify that during the past six months the applicant's average monthly deposit was **39.19**.

(add all deposits from all sources and then divide by the number of months)

August 28, 2013, 2013
Date

*Kris Anjum, Acct Tech*
SIGNATURE OF AUTHORIZED OFFICER

KRIS ANJUM
(Print Name)

Date: 8/28/2013
Time: 2:21pm
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 02/28/2013 thru End;   Inmate: A72335;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: A72335 Brown, Anthony**          **Housing Unit: STA-B -04-27**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 68.74 |
| 03/08/13 | Point of Sale | 60 Commissary | 0677252 | 701784 | Commissary | -46.26 | 22.48 |
| 03/11/13 | Payroll | 20 Payroll Adjustment | 0701148 |  | P/R month of 2 2013 | 9.52 | 32.00 |
| 04/08/13 | Payroll | 20 Payroll Adjustment | 0981147 |  | P/R month of 3 2013 | 10.00 | 42.00 |
| 04/09/13 | Mail Room | 15 JPAY | 099200 | 24919710 | Klyce, Sharnetta | 60.00 | 102.00 |
| 04/12/13 | Point of Sale | 60 Commissary | 1027252 | 704713 | Commissary | -52.58 | 49.42 |
| 05/01/13 | Point of Sale | 60 Commissary | 1217252 | 706658 | Commissary | -39.01 | 10.41 |
| 05/08/13 | Payroll | 20 Payroll Adjustment | 1281117 |  | P/R month of 4 2013 | 10.00 | 20.41 |
| 05/24/13 | Point of Sale | 60 Commissary | 1447229 | 709047 | Commissary | -20.12 | .29 |
| 06/07/13 | Payroll | 20 Payroll Adjustment | 1581117 |  | P/R month of 5 2013 | 8.50 | 8.79 |
| 06/15/13 | Mail Room | 15 JPAY | 166200 | 26247146 | Klyce, Sharnetta | 120.00 | 128.79 |
| 06/20/13 | Point of Sale | 60 Commissary | 1717228 | 711264 | Commissary | -21.10 | 107.69 |
| 07/03/13 | Payroll | 20 Payroll Adjustment | 1841117 |  | P/R month of 6 2013 | 7.14 | 114.83 |
| 07/17/13 | Point of Sale | 60 Commissary | 1987229 | 713753 | Commissary | -63.12 | 51.71 |
| 08/06/13 | Point of Sale | 60 Commissary | 2187223 | 715431 | Commissary | -39.90 | 11.81 |
| 08/06/13 | Payroll | 20 Payroll Adjustment | 2181117 |  | P/R month of 7 2013 | 10.00 | 21.81 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 21.81 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 21.81 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |