# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Anthony G. Brown | ) | |
|     Plaintiff | ) | Case No: 13 C 6866 |
| | ) | |
| v. | ) | |
| | ) | Judge: Milton I. Shadur |
| Dr. Inhoff Carter, et al | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER

(T:)
Enter Memorandum Order. Brown's motion for leave to proceed in forma pauperis [3] is granted now on the premise that the deficiency referred to in this memorandum can and will be cured promptly. Brown's motion for attorney representation [4] is granted. Bartholomew B. Torvik, Esq., of Torvik Law LLC, P.O. Box 6062, Evanston, IL 60204-6062, (847) 986-8568, Email: bart.torvik@torviklaw.com is hereby appointed as counsel to represent plaintiff Anthony G. Brown. Initial status hearing set for 10/28/2013 at 9:15 a.m in courtroom 2303.

Date: 10/1/2013                                                                 /s/ Milton I. Shadur

SRB