IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

ANTHONY G. BROWN #A-72335,       )
                                 )
            Plaintiff,           )
                                 )
     v.                          )    No.  13 C 6866
                                 )
DR. INHOFF CARTER, M.D.,         )
et al.,                          )
                                 )
            Defendants.          )

                        MEMORANDUM ORDER

     This Court's October 1, 2013 memorandum order allowed this

42 U.S.C. §1983 ("Section 1983") action to go forward, for which

purpose it included the designation of pro bono publico counsel

to represent pro se plaintiff Anthony Brown ("Brown"), even

though Brown had not yet provided all the information that is

called for by 28 U.S.C. §1915 to permit the calculations required

for the special type of in forma pauperis ("IFP") status

prescribed for prisoner plaintiffs.  And when Brown had still not

provided that information during the next three weeks, this Court

issued an October 23 memorandum order setting a deadline for him

to do so.

     That deadline was then extended at Brown's request, and most

recently Brown submitted a declaration (Dkt. 17, received in the

Clerk's Office on November 22) that explained why his delayed

submission was compelled by circumstances beyond his control:

the procedures followed at Stateville Correctional Center (where

Brown is in custody) for processing requests regarding inmates'

trust fund accounts there.

Based on Brown's recent declaration, it would seem likely that the requested trust fund information for the six-month period preceding Brown's pro se filing of his Complaint either should be available at this time or, if not, should have been promised to Brown by an early date. This Court looks forward to Brown's prompt submission of the required information as soon as he receives it, so this Court can complete its role.[1]

                                                          */s/ Milton I. Shadur*
                                                 Milton I. Shadur
                                                 Senior United States District Judge

Date: December 6, 2013

---

[1] In the meantime the action should be going forward through the services provided by Brown's designated counsel.