UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Anthony G. Brown
                         Plaintiff,

v.                                           Case No.: 1:13–cv–06866
                                                 Honorable Sheila M. Finnegan

Louis Shicker, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 14, 2016:

      MINUTE entry before the Honorable Sheila M. Finnegan: Telephone status hearing held on 9/14/2016. Only counsel for Plaintiff participated in the hearing. Plaintiff's counsel reports that all settlement documents have been executed; however, no payment will be made to Plaintiff until after the state budget is passed, so the lawsuit cannot yet be dismissed with prejudice. This case is dismissed without prejudice with the Court retaining jurisdiction to enforce the settlement. Civil case terminated. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.